**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

|  |  |  |
|---|---|---|
| THE CORNELIA I. CROWELL GST TRUST, On Behalf of Itself and All Others Similarly Situated, | ) ) ) ) | **Case No. 05--CV-01182-JMR-FLN** |
|  | ) | **ORDER APPOINTING DR. BRIAN** |
| Plaintiff, | ) | **CROMWELL AS LEAD** |
|  | ) | **PLAINTIFF AND APPROVING** |
| vs. | ) | **SELECTION OF COUNSEL** |
|  | ) |  |
| PEMSTAR, INC., ALLEN BERNING, ROY BAUER and GREGORY LEA | ) ) |  |
| Defendants. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

WHEREAS, by his August 15, 2005 Motion, proposed Lead Plaintiff Dr. Brian Cromwell ("Dr. Cromwell") moved for his appointment as a "lead plaintiff" in the above Class Action and for approval of its selection of Schatz & Nobel, P.C. as Lead Counsel and of Reinhardt Wendorf & Blanchfield as Liaison Counsel;

WHEREAS, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), the Court finds that Dr. Cromwell is the "most adequate plaintiff";

NOW THEREFORE, based upon the Declaration of Garrett D. Blanchfield, the exhibits thereto, and the memorandum of law in support of Dr. Cromwell's Motion;

IT IS HEREBY ORDERED that:

1.      Dr. Cromwell is appointed as Lead Plaintiff; and

2.      Dr. Cromwell's selection of Schatz & Nobel, P.C. as Lead Counsel and of Reinhardt Wendorf & Blanchfield as Liaison Counsel is hereby approved.

DATED: October 25, 2005                     SO ORDERED

s/ *Franklin L. Noel*
Franklin L. Noel
U.S. Magistrate Judge